**Appeal Dismissed and Memorandum Opinion filed February 25, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00895-CR

_____

### ARTEMIO FRANCO SALINAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1607498**

## MEMORANDUM OPINION

Appellant was convicted of indecency with a child. Subsequently, the trial court set aside appellant's conviction.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Because appellant's conviction has been set aside, there is no final conviction to appeal. On January 17, 2020 the

parties were notified that the appeal would be dismissed for want of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).